
# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __15-780M__

2) Defendant's Name: __Hurant__ __Jeffrey__ _____
   (Last) (First) (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __X__ Yes ___No   Date/Time: __8/25/15__

10) Detention Hearing Held: ___ Bail set at: __$?50,000__ ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___   Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Tyler Smith__

14) DEFENSE COUNSEL'S NAME: __Charles Hochbaum__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ___ RET: ___
    Telephone Number: (___) _____

15) LOG #: __(3:15 - 4:07)__   MAG. JUDGE: __Go__

16) _✓_ Defendant was advised of bond conditions by the Court and signed the bond.
    _✓_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE