UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

JEFFREY HURANT, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

15 MJ 780

    Tyler J. Smith hereby declares as follows:

    1. I am an Assistant U.S. Attorney in the Office of Kelly T. Currie, Acting United States Attorney for the Eastern District of New York. I am responsible for the prosecution of the above captioned matter.

    2. On August 18, 2015, arrest warrants in the above-captioned complaint were issued by the Honorable Viktor V. Pohorelsky based on an affidavit and complaint sworn to by Special Agent Susan Ruiz. The warrants and affidavit were filed under seal.

    3. On August 25, 2015, the defendants in the above-captioned matter were arrested.

4. Accordingly, the government asks that the Court unseal the arrest warrants and complaint in the above-captioned matter.

Dated: Brooklyn, New York
August 25, 2015

Tyler J. Smith
Assistant U.S. Attorney
Eastern District of New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

JEFFREY HURANT, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

15 MJ 780

    Upon the application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Tyler J. Smith, for an order unsealing the complaint in the above-captioned matter.

    WHEREFORE, it is ordered that the arrest warrants and complaint in the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
       August 25, 2015

                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF NEW YORK